### Commonwealth *v.* Raffa, Appellant.

Argued June 12, 1975. *Joseph C.*

*Santaguida,* for appellant; *Martin J. King,* Deputy District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.